SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Baljit Kaur, et al<br><br>　　　　Defendants | Case No. **2:11-cv-02193-MCE-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF SUE MINOGUE**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant, Sue Minogue, is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Dated:   October 21, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE